UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,  **CONSENT TO PROCEED BY TELE CONFERENCE**

-against-   -CR-    ( )( )

Soulaimane Bah
         Defendant(s).
-------------------------------------------------------------------X

Defendant __Bah_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

_X_ Initial Appearance Before a Judicial Officer

___ Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_ Bail/Detention Hearing

___ Conference Before a Judicial Officer


/s/ Soulaimane Bah       *Jonathan Marvinny*
_____     _____
Defendant's Signature       Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Soulaimane Bah        Jonathan Marvinny
_____     _____
Print Defendant's Name      Print Counsel's Name


This proceeding was conducted by reliable telephone conferencing technology.


_Apr. 13, 2021_____       _____
Date             **Ona T. Wang**
              United States Magistrate Judge